IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pauta, Manuel | Case Number: 08 B 08276 |
|---|---|---|
| | Carrera, Sandra | Judge: Squires, John H |
| | Printed: 8/26/08 | Filed: 4/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: June 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 300.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 300.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 0.00 | 0.00 |
| 4. | Indymac Bank | Secured | 0.00 | 0.00 |
| 5. | Chase Bank USA NA | Secured | 0.00 | 0.00 |
| 6. | Volkswagon Credit | Secured | 0.00 | 0.00 |
| 7. | CenterOne Financial Servs LLC | Secured | 12,746.27 | 0.00 |
| 8. | Chase Bank USA NA | Unsecured | 144.46 | 0.00 |
| 9. | Target National Bank | Unsecured | 5,230.57 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 6,875.74 | 0.00 |
| 11. | GE Money Bank | Unsecured | 376.10 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 919.89 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 2,345.77 | 0.00 |
| 14. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | AT&T Mobility | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Dr J Betman | Unsecured | | No Claim Filed |
| 20. | Best Buy | Unsecured | | No Claim Filed |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 23. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| 24. | Exxon Mobil | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pauta, Manuel
Carrera, Sandra
Printed: 8/26/08

Case Number: 08 B 08276
Judge: Squires, John H
Filed: 4/5/08

| | | | | |
|---|---|---|---|---|
| 26. | Bank Of America | Unsecured | | No Claim Filed |
| 27. | Bank Of America | Unsecured | | No Claim Filed |
| 28. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |
| 29. | HSBC | Unsecured | | No Claim Filed |
| 30. | Best Buy | Unsecured | | No Claim Filed |
| 31. | Card Member Services | Unsecured | | No Claim Filed |
| 32. | Gottlieb Memorial Hospital | Unsecured | | No Claim Filed |

$ 28,638.80            $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate            Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____